[No. 37563-0-II.   Division Two.   April 13, 2010.]

FOXVIEW HOMEOWNERS ASSOCIATION, *Appellant*, v. CYNTHIA A. FENBERG, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-10407-8, Linda CJ Lee, J., entered March 6, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 37618-1-II.   Division Two.   April 13, 2010.]

*In the Matter of the Detention of* CASPER ROSS, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-03520-5, Brian M. Tollefson, J., entered March 24, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 37675-0-II; 38874-0-II.   Division Two.   April 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KI KANG LEE, *Appellant*.

*In the Matter of the Personal Restraint of* KI KANG LEE, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05223-6, Bryan E. Chushcoff, J., entered April 25, 2008, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* and petition *dismissed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J.; Penoyar, J., dissenting.